**Kenneth Ray PRUITT, Plaintiff—Appellee,**

v.

**Billy PERNELL, Sharpsburg Police Chief; Town of Sharpsburg, NC; M.L. Fellner, Officer; Joel Batchelor, Officer, Defendants—Appellants,**

**and**

**George Bottoms, Officer, Defendant.**

No. 05–1132.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2006.

Decided: April 3, 2006.

Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New

Bern, North Carolina, for Appellants. Kenneth Ray Pruitt, Appellee Pro Se.

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying qualified immunity in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pruitt v. Pernell,* No. CA–02–270–5–BO (E.D.N.C. Jan. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*